UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:**       Victoria Gonzales, Courtroom Deputy Clerk
of the Honorable Kirk E. Sherriff

**FROM:**   Elizabeth Gutierrez
United States Probation Officer

**DATE:**   April 6, 2026

**SUBJECT:**   **David Richard Garcia**
**Docket Number:  0972 1:25CR00033-001**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

The above matter is scheduled for judgment and sentencing on May 18, 2026.  All parties have agreed to a continuance of judgment and sentencing based on:

☐   The complexity of this case.

☒   Other – Additional time is needed by the probation officer to complete the presentence investigation report.  The presentence interview was completed on March 17, 2026.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | **June 8, 2026** |
| Reply, or Statement of Non-Opposition: | **June 01, 2026** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **May 25, 2026** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **May 18, 2026** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **May 11, 2026** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **April 27, 2026** |

**Reviewed by:**   _____

**Lynda M. Moore**
**Supervisory United States Probation Officer**

cc:   Robert Veneman-Hughes, Assistant United States Attorney
Robert Lamanuzzi, Defense Counsel