ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EDUARDO JARA,<br><br>                    Defendant. | Case No. 1:26-CR-00049-KES-EPG<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER<br><br>COURT: Hon. Kirk E. Sherriff |

Plaintiff the United States of America ("United States") and Defendant Eduardo Jara ("Defendant") submit this stipulation, pursuant to undersigned counsel, (1) to schedule a change of plea hearing before the Honorable Kirk E. Sherriff on April 20, 2026, at 9:30 a.m.

The parties have reached a plea agreement which has been filed on the docket. Given the agreement, the parties request a change of plea hearing. Defendant will also execute a waiver of indictment at the change of plea hearing.

1

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. A change of plea hearing may be scheduled for April 20, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff;

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  April 7, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date:  April 7, 2026

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
EDUARDO JARA

2

**O R D E R**

**IT IS SO ORDERED.**  A change of plea hearing as to Defendant Eduardo Jara is scheduled for **April 20, 2026, at 9:30 a.m.**, in Courtroom 6.

IT IS SO ORDERED.

Dated:    April 7, 2026

_____
UNITED STATES DISTRICT JUDGE