ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO JARA,<br><br>Defendant. | Case No. 1:26-CR-00049-KES-EPG<br><br>STIPULATION TO SCHEDULE RESTITUTION HEARING; ORDER<br><br>COURT: Hon. Kirk E. Sherriff |

Plaintiff the United States of America ("United States") and Defendant Eduardo Jara ("Defendant") submit this stipulation, pursuant to undersigned counsel, to continue the restitution hearing currently scheduled before the Honorable Kirk E. Sherriff on September 21, 2026, at 10:45 a.m. to October 19, 2026, at 10:45 a.m.

Given the corporate nature of the victim, the United States has been delayed in finalizing a declaration, including, due in part, the need to reach out through corporate counsel to meet with relevant employees.

Undersigned for the United States also has a federal felony trial scheduled to begin on September 22, 2026, at 9:00 a.m. There may be a need to meet with the trial court the day prior to jury selection.

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The restitution hearing currently scheduled for September 21, 2026, at 10:45 a.m. may be continued to October 19, 2026, at 10:45 a.m. before the Honorable Kirk E. Sherriff;

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 15, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: September 15, 2026

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
EDUARDO JARA

**ORDER**

**IT IS SO ORDERED.** The restitution hearing currently scheduled for September 21, 2026, at 10:45 a.m. is continued to October 19, 2026, at 10:45 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE